No. 91–7369. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7372. WILLIAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–7373. MINICONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7374. MAYA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7382. ABREGO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7393. DOE v. GROSS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–7396. GREENE v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–7418. SAVAGE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–7422. JOZWIAK ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1861. GREENVILLE PUBLIC SCHOOL DISTRICT ET AL. v. WESTERN LINE CONSOLIDATED SCHOOL DISTRICT ET AL. Sup. Ct. Miss. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–977. DISTRICT 6, INTERNATIONAL UNION OF INDUSTRIAL SERVICE, TRANSPORT & HEALTH EMPLOYEES v. NATIONAL LABOR RELATIONS BOARD; and
No. 91–1025. HUMAN DEVELOPMENT ASSN. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions. Reported below: 290 U. S. App. D. C. 339, 937 F. 2d 657.